UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9622 PA (KSx) | Date | June 15, 2016 |
|---|---|---|---|
| Title | Robert Andrews, et al. v. Direct Capital Securities, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   **Order to Show Cause Re; Dismissal For Lack Of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m).

In the present case, it appears that this time period has not been met for defendant Direct Capital Securities, Inc. Accordingly, the Court, on its own motion, orders petitioners to show cause in writing on or before **June 21, 2016,** why their claims against Direct Capital Securities, Inc. should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of petitioners' response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the claims against Direct Capital Securities, Inc.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | SMO |