JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL D. PETTY, | CV 15-9525 PA (KSx) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT ANDREWS, LAURIE ANDREWS, and GRIFFIN CAPITAL (WESTMONT) INVESTOR 21, LLC, | |
| Respondents. | |

| | |
|---|---|
| ROBERT ANDREWS, LAURIE ANDREWS, and GRIFFIN CAPITAL (WESTMONT) INVESTOR 21, LLC, | CV 15-9622 PA (KSx) |
| Petitioners, | JUDGMENT |
| v. | |
| DIRECT CAPITAL SECURITIES, INC., MICHAEL VAN LYNCH, MARKEL D. PETTY, AND RAYMOND P. STOVALL, II, | |
| Respondents. | |

Pursuant to the Court's June 17, 2016 Minute Order denying the Petition to Vacate

Arbitration Award ("Petition to Vacate") filed by Markel Petty ("Petty") in Case No. CV

1  15-9525 PA (KSx), and granting the Petition to Confirm Arbitration Award ("Petition to

2  Confirm") filed by Robert Andrews, Laurie Andrews, and Griffin Capital (Westmont)

3  Investor 21, LLC (collectively the "Andrews Parties") in Case No. CV 15-9622 PA (KSx),

4       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

5      1.    The arbitration award (the "Award") issued by the Financial Industry

6          Regulatory Authority ("FINRA") dispute resolution arbitration panel in the

7          binding arbitration between the Andrews Parties and Petty, Michael Van

8          Lynch ("Lynch"), and Raymond Stovall, II ("Stovall"), FINRA Case No. 14-

9          00309, is confirmed in its entirety.

10      2.    The Court enters JUDGMENT in favor of the Andrews Parties and against

11          Petty, Lynch, and Stovall, in the amount of $245,200.00.

12      3.    Petty, Lynch, and Stovall are jointly and severally liable for the amount of this

13          Judgment.

14      4.    The Andrews Parties are awarded their costs of suit.

DATED: June 17, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-